_152173_

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

2011 APR -8 PM 2: 47

...CLEVELAND OHIO

In Re:                       ) Case No. 09-15298
                              )
       Mary Urban             ) Chapter 7
                              )
        Debtor               ) Judge Randolph Baxter

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. (302) in the amount of $1,075.00, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Mary Urban**<br>**3614 W. 126th Street**<br>**Cleveland, Ohio 44111** | | | |
| | Exemptions | $1,075.00 | $1,075.00 |

Dated: April 6, 2011

                            /s/ Sheldon Stein
                            Sheldon Stein, Trustee

cc: United States Trustee